1  Deverie J. Christensen, Bar No. 6596
   christensend@jacksonlewis.com
2  **JACKSON LEWIS LLP**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
4  Fax: (702) 921-2461

5  Paul V. Kelly (pro hac vice pending)
   paul.kelly@jacksonlewis.com
6  Sarah W. Walsh (pro hac vice pending)
   sarah.walsh@jacksonlewis.com
7  **JACKSON LEWIS LLP**
   75 Park Plaza
8  Boston, MA 02116
   Tel: (617) 3670025
9  Fax: (617) 367-2155
   *Attorneys for Defendants*
10 Mission Support and Test Services LLC, Mark
   Martinez and Honeywell International, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN MUSIN,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ. AND HONEYWELL INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 2:19-cv-2058-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ, AND HONEYWELL INTERNATIONAL LLC TO FILE THEIR ANSWERS OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants Mission Support and Test Services LLC, Mark Martinez, and Honeywell International, Inc ("Defendants") shall have up to and including Monday, February 24, 2020, in which to file their answers or otherwise respond to Plaintiff's Complaint. This stipulation is submitted and based upon the following:

1. That this is the first request for an extension of time for Defendants to file their answers or otherwise respond to Plaintiff's Complaint.

2. That such an extension is necessary because Defendants require additional time to investigate the allegations in the Complaint in order to properly respond to the Complaint.

3. That this request for an extension of time to file Defendants' answers or otherwise respond to Plaintiff's Complaint is made in good faith and not for the purpose of delay.

Dated this 22nd day of January, 2020.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Deverie J. Christensen* | */s/ James P. Kemp* |
| Deverie J. Christensen, Bar No. 6596 | James P. Kemp, Bar No. 6375 |
| 300 S. Fourth Street, Suite 900 | 7435 W. Azure Drive, Suite 110 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89130 |
| Paul V. Kelly (*pro hac vice pending*) | *Attorney for Plaintiff Stephen Musin* |
| Sarah W. Walsh (*pro hac vice pending*) | |
| 75 Park Plaza | |
| Boston, MA 02116 | |
| *Attorneys for Defendants* | |
| *Mission Support and Test Services LLC,* | |
| *Mark Martinez and Honeywell International, Inc.* | |

**IT IS SO ORDERED.**

_____
U.S. ~~District Court Judge~~/Magistrate Judge

Dated: January 23, 2020

4812-4043-7937, v. 1

2