1  Deverie J. Christensen, Bar No. 6596
   christensend@jacksonlewis.com
2  Daniel I. Aquino, Bar No. 12682
   Daniel.aquino@jacksonlewis.com
3  **JACKSON LEWIS LLP**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Fax: (702) 921-2461

6  Paul V. Kelly (admitted pro hac vice)
   paul.kelly@jacksonlewis.com
7  **JACKSON LEWIS LLP**
   75 Park Plaza
8  Boston, MA  02116
   Tel: (617) 3670025
9  Fax: (617) 367-2155

10 *Attorneys for Defendants*
   Mission Support and Test Services LLC, Mark
11 Martinez and Honeywell International Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| STEPHEN MUSIN,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ. AND HONEYWELL INTERNATIONAL INC.,<br><br>Defendants. | Case No. 2:19-cv-2058-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ, AND HONEYWELL INTERNATIONAL INC. TO FILE THEIR REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants Mission Support and Test Services LLC, Mark Martinez, and Honeywell International Inc. ("Defendants") be granted a ten (10) day extension beyond the June 2, 2020 deadline to file their Reply In Support Of Motion To Stay Discovery. This stipulation is submitted and based upon the following:

This extension is necessary due to unavoidable scheduling conflicts for Defense Counsel.

1

Therefore, Plaintiff's counsel has agreed, and the Parties hereby stipulate, that Defendants shall have up to and including June 12, 2020, to file their Reply In Support Of Motion To Stay Discovery.

This request is made in good faith and not for the purpose of delay.

Dated this 27th day of May, 2020.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Daniel I. Aquino* | */s/ James P. Kemp* |
| Deverie J. Christensen, Bar No. 6596 | James P. Kemp, Bar No. 6375 |
| Daniel I. Aquino, Bar No. 12682 | 7435 W. Azure Drive, Suite 100 |
| 300 S. Fourth Street, Suite 900 | Las Vegas, Nevada 89130 |
| Las Vegas, Nevada 89101 | *Attorney for Plaintiff Stephen Musin* |

Paul V. Kelly (admitted pro hac vice)
75 Park Plaza
Boston, MA  02116
*Attorneys for Defendants*
*Mission Support and Test Services LLC,*
*Mark Martinez and Honeywell International, Inc.*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
Dated: May 28, 2020

4822-8975-9421, v. 1

2