Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Daniel I. Aquino, Bar No. 12682
Daniel.aquino@jacksonlewis.com
**JACKSON LEWIS LLP**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461

Paul V. Kelly (pro hac vice pending)
paul.kelly@jacksonlewis.com
**JACKSON LEWIS LLP**
75 Park Plaza
Boston, MA 02116
Tel: (617) 3670025
Fax: (617) 367-2155

*Attorneys for Defendants*
Mission Support and Test Services LLC, Mark Martinez and Honeywell International Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN MUSIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ. AND HONEYWELL INTERNATIONAL, INC.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-2058-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ, AND HONEYWELL INTERNATIONAL INC. TO FILE THEIR RESPONSES TO PLAINTIFF'S SECONDED AMENDED COMPLAINT ON JANUARY 15, 2021**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants Mission Support and Test Services LLC, Mark Martinez, and Honeywell International Inc. ("Defendants") be granted an eleven (11) day extension beyond the January 4, 2021 deadline to file their responses to Plaintiff's Second Amended Complaint on January 15, 2021. This stipulation is submitted and based upon the following:

1

1. On December 11, 2020, the Court entered an Order granting Defendants' partial motions to dismiss and granting Plaintiff limited leave to amend the complaint. (ECF No. 44)

2. Plaintiff filed a Second Amended Complaint on December 21, 2020. Defendants answers or other responses are due on January 4, 2021.

3. This stipulation is requested because Defendant's counsel's office is currently recovering from an unexpected closure due to positive COVID-19 test results of Defendant's counsel's office staff; and Defendant's Counsel is currently ill and receiving treatment for symptoms of COVID-19. Defendant's Counsel has been largely unable to work over the past couple of weeks and does not anticipate returning to the office until the week of January 4, 2021. Accordingly, Defendant's Counsel requested, and Plaintiff's Counsel courteously agreed, to an extension to January 15, 2021.

4. This is the first request for an extension of time for Defendants to file their answers or otherwise respond to Plaintiff's Second Amended Complaint.

5. This request for an extension of time to file Defendants' answers or other responses to Plaintiff's Second Amended Complaint is made in good faith and not for the purpose of delay.

Dated this 4th day of January, 2021.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Deverie J. Christensen* | */s/ James P. Kemp* |
| Deverie J. Christensen, Bar No. 6596 | James P. Kemp, Bar No. 6375 |
| 300 S. Fourth Street, Suite 900 | 7435 W. Azure Drive, Suite 110 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89130 |
| Paul V. Kelly (*pro hac vice pending*) | *Attorney for Plaintiff Stephen Musin* |
| 75 Park Plaza | |
| Boston, MA 02116 | |
| *Attorneys for Defendants* | |
| *Mission Support and Test Services LLC,* | |
| *Mark Martinez and Honeywell International, Inc.* | |

**IT IS SO ORDERED.**

_____
U.S. ~~District Court Judge~~/Magistrate Judge

Dated: January 4, 2021

4847-4159-2277, v. 1

3