JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Stephen Musin

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHEN MUSIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware Corporation; MISSION SUPPORT AND TEST SERVICES, LLC, a Delaware Limited Liability Company; MARK MARTINEZ, an individual,<br><br>　　　　Defendants. | Case No.:  2:19-cv-2058-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br>　**(FIRST REQUEST)**<br><br>ECF No. 51 |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to Defendants Mission Support and Test Services, LLC and Martinez's partial Motion to Dismiss (ECF No. 49) from the current due date of Friday, January 29, 2021 through and including **_Friday, February 12, 2021_**.

This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

　　1. Plaintiff's counsel is scheduled to be on vacation during the week of January 25, 2021 when the response is currently do and he will require additional time to catch up from other work when he returns to the office on February 1,

2021.

2. Additionally, Plaintiff's counsel is facing a very heavy workload with appellate briefing due in a Supreme Court of Nevada matter and a reply brief due to the Ninth Circuit Court of Appeals (although an extension will likely be sought for that one) during this same time period.

3. There are no pressing deadlines or any other matters in this case that will be affected by this two-week extension.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

Respectfully submitted this 21st day of January, 2021.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| /s/ *Deverie J. Christensen* | /s/ *James P. Kemp* |
| Deverie J. Christensen, Bar No. 6596 | James P. Kemp, Bar No. 6375 |
| Daniel I. Aquino, Bar No. 12682 | 7435 W. Azure Drive, Suite 100 |
| 300 S. Fourth Street, Suite 900 | Las Vegas, Nevada 89130 |
| Las Vegas, Nevada 89101 | *Attorney for Plaintiff Stephen Musin* |

Paul V. Kelly (admitted pro hac vice)
75 Park Plaza
Boston, MA  02116
*Attorneys for Defendants*
*Mission Support and Test Services LLC,*
*Mark Martinez, and Honeywell International Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 1-22-21

2