1  Deverie J. Christensen, Bar No. 6596
   christensend@jacksonlewis.com
2  **JACKSON LEWIS LLP**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
4  Fax: (702) 921-2461

5  Paul V. Kelly (admitted pro hac vice)
   paul.kelly@jacksonlewis.com
6  **JACKSON LEWIS LLP**
   75 Park Plaza
7  Boston, MA  02116
   Tel: (617) 3670025
8  Fax: (617) 367-2155

9  *Attorneys for Defendants*
   Mission Support and Test Services LLC, Mark
10 Martinez and Honeywell International Inc.

11

12                    **UNITED STATES DISTRICT COURT**

13                           **DISTRICT OF NEVADA**

14 | STEPHEN MUSIN, | Case No. 2:19-cv-2058-JAD-NJK |
   | --- | --- |
   | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS MISSION SUPPORT AND TEST SERVICES LLC and MARK MARTINEZ TO FILE THEIR REPLY IN SUPPORT OF JOINT MOTION TO DISMISS** & ORDER |
   | vs. | |
   | MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ. AND HONEYWELL INTERNATIONAL INC., | |
   | Defendants. | **(First Request)** |
   | | ECF No. 58 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants Mission Support and Test Services LLC and Mark Martinez ("Defendants") be granted a two (2) week extension beyond the February 19, 2021 deadline to file their Reply In Support of Joint Motion To Dismiss. This stipulation is submitted and based upon the following:

This extension is necessary due to unavoidable scheduling conflicts for Defense Counsel,

1

including an intervening mediation and two-day arbitration.

Therefore, Plaintiff's counsel has agreed, and the Parties hereby stipulate, that Defendants shall have up to and including March 5, 2021, to file their Reply In Support Of Joint Motion To Dismiss.

This request is made in good faith and not for the purpose of delay.

Dated this 16th day of February 2021.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Deverie J. Christensen* | */s/ James P. Kemp* |
| Deverie J. Christensen, Bar No. 6596 | James P. Kemp, Bar No. 6375 |
| 300 S. Fourth Street, Suite 900 | 7435 W. Azure Drive, Suite 100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89130 |
|  | *Attorney for Plaintiff Stephen Musin* |

Paul V. Kelly (admitted pro hac vice)
75 Park Plaza
Boston, MA  02116
*Attorneys for Defendants*
*Mission Support and Test Services LLC,*
*Mark Martinez and Honeywell International, Inc.*

**IT IS SO ORDERED.**

_____
U.S. District Court Judge

Dated: 2-17-2021

4843-5841-7884, v. 1