Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS LLP**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461

Paul V. Kelly (admitted pro hac vice)
paul.kelly@jacksonlewis.com
**JACKSON LEWIS LLP**
75 Park Plaza
Boston, MA  02116
Tel: (617) 3670025
Fax: (617) 367-2155

*Attorneys for Defendants*
Mission Support and Test Services LLC, Mark Martinez and Honeywell International Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN MUSIN,<br><br>              Plaintiff,<br><br>     vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC, MARK MARTINEZ. AND HONEYWELL INTERNATIONAL INC.,<br><br>              Defendants. | Case No. 2:19-cv-2058-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MISSION SUPPORT AND TEST SERVICES LLC and MARK MARTINEZ TO FILE THEIR ANSWER TO SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants Mission Support and Test Services LLC ("MSTS") and Mark Martinez ("Martinez") be granted a one (1) week extension beyond the March 17, 2021 deadline to file their Answers to Plaintiff's Second Amended Complaint no later than March 24, 2021. This stipulation is submitted and based upon the following:

This extension is necessary due to unavoidable scheduling conflicts for Defense Counsel,

1

including an intervening mediation and class action complaint pleading responses.

Therefore, Plaintiff's counsel has kindly agreed, and the Parties hereby stipulate, that Defendants MSTS and Martinez shall have a one-week extension up to and including March 24, 2021, to file their Answers to Plaintiff's Second Amended Complaint.

This request is made in good faith and not for the purpose of delay.

Dated this 15th day of March 2021.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Deverie J. Christensen* | */s/ James P. Kemp* |
| Deverie J. Christensen, Bar No. 6596 | James P. Kemp, Bar No. 6375 |
| 300 S. Fourth Street, Suite 900 | 7435 W. Azure Drive, Suite 100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89130 |
| | *Attorney for Plaintiff Stephen Musin* |
| Paul V. Kelly (admitted pro hac vice) | |
| 75 Park Plaza | |
| Boston, MA  02116 | |
| *Attorneys for Defendants* | |
| *Mission Support and Test Services LLC,* | |
| *Mark Martinez and Honeywell International, Inc.* | |

**IT IS SO ORDERED.**

_____
U.S. ~~District Court Judge/~~Magistrate Judge

Dated: March 16, 2021

4836-0950-1921, v. 1